UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTINA I. SANTOS AND JOHN M. SANTOS; <br> JUDITH ANN KRAUS; & DENISE L. BELANGER <br> ON BEHALF OF THEMSELVES AND ALL <br> OTHERS SO SIMILARLY SITUATED <br><br> *Plaintiffs*, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC <br> (NKA MR. COOPER) <br><br> *Defendant*. | C.A. No.: 1:22-cv-103 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper[1] ("Nationstar") discloses its corporate structure as follows:

Nationstar Mortgage LLC ("Nationstar") is a Delaware Limited Liability Company.

Nationstar is an indirect, wholly owned subsidiary of a publicly traded company, Mr. Cooper Group Inc. ("Mr. Cooper"), a Delaware corporation.

Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("NSM Holdings"). NSM Holdings is a wholly owned subsidiary of Mr. Cooper.

More than 10% of the stock of Mr. Cooper is owned by BlackRock, Inc., a Delaware corporation, and certain of its affiliates.

Nationstar reserves the right to supplement this disclosure as needed.

---

[1] Improperly pleaded as Nationstar Mortgage, LLC (NKA Mr. Cooper).

106347471v.1

DEFENDANT,

NATIONSTAR MORTGAGE, LLC

By its Attorneys,

*/s/ Krystle G. Tadesse, Esq.*
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
Jeffrey C. Ankrom (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401)-274-9200
(401) 276-6611 (Fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com
jeffrey.ankrom@lockelord.com

March 11, 2022

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th day of March, 2022, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

Todd S. Dion, Esq.
681 Park Avenue, Suite 21
Cranston, RI  02910
toddsdion@msn.com

*/s/ Krystle G. Tadesse, Esq.*
