UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN M. O'CONNOR, ET AL | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C. A. No. 1:22-cv-00002-MSM-PAS |
| | : | |
| NATIONSTAR MORTGAGE, LLC D/B/A | : | |
| MR. COOPER, ET AL | : | |
| | : | |
| Defendants. | : | |

## RULE 16 CONFERENCE STATEMENT

Defendants[1] present this statement of claims pursuant to Local Rule 16(b). Defendants intend to assert counterclaims against certain Plaintiffs for amounts that they continue to owe on promissory notes they signed, after credit is given for the foreclosure sales of their real property.

---

[1] "Defendants" refers to Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar");
Federal National Mortgage Association ("Fannie Mae");
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA8;
The Bank of New York Mellon Trust f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-FA5;
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA10;
Wells Fargo Bank, National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FM1;
Wilmington Trust Company, as Trustee for Structured Asset Securities Mortgage Pass-Through Certificates, Series, 2005-4XS;
Wilmington Trust, National Association, as Trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-1;
U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1;
U.S. Bank National Association, as Trustee for Harborview 2005-2 Trust Fund;
U.S. Bank National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2006-BC5;
U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as

Some Plaintiffs have obtained discharges of their debts in bankruptcy court. Defendants are not filing counterclaims against those Plaintiffs.

|  | DEFENDANTS,<br>By its Attorneys, |
|---|---|
|  | */s/ Jeffrey C. Ankrom, Esq.*<br>Joseph A. Farside, Jr. (#7559)<br>Krystle G. Tadesse (#7944)<br>Jeffrey C. Ankrom (#7663)<br>LOCKE LORD LLP<br>2800 Financial Plaza<br>Providence, RI  02903<br>(401)-274-9200<br>(401) 276-6611 (Fax)<br>joseph.farside@lockelord.com<br>krystle.tadesse@lockelord.com |
| Dated: October 28, 2022 | jeffrey.ankrom@lockelord.com |

---

Trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1;

U.S. Bank National Association, as Trustee for NRZ Pass-Through Trust V;

U.S. Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-3;

U.S. Bank National Association, as Successor Trustee to Bank of America, N.A., as Successor Trustee to LaSalle Bank, N.A, as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE3;

U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-MLN1;

U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-9; and

U.S. Bank National Association, as Trustee for Certificateholders of Banc of America Funding Corporation 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series FT1.

## **CERTIFICATE OF SERVICE**

I certify that on the 28th day of October, 2022, this document was filed and served through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

Samuel C. Bodurtha, Esq.
Hinshaw & Culbertson LLP
56 Exchange Terrace
Providence, RI  02903
sbodurtha@hinshawlaw.com

Todd S. Dion, Esq.
15 Cottage Avenue, Suite 101
Quincy, MA 02169
toddsdion@msn.com

*/s/ Jeffrey C. Ankrom, Esq.*